In the Matter of PATRICIA A. and Others, Infants. NORMAN A. et al., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted September 12, 2016; decided December 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.